**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

KENNY HALFACRE                                                                                    PLAINTIFF
ADC #84410

V.                                          NO: 4:11CV00138 JMM

ARKANSAS, STATE OF                                                                            DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 21st day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE