**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**KENNY HALFACRE**
**ADC #84410**                                                               **PLAINTIFF**

**V.**                          **4:11CV00138 JMM**

**ARKANSAS, STATE OF**                                        **DEFENDANT**

**ORDER**

Plaintiff asks the Court to reconsider the Order of March 21, 2011 dismissing his Complaint for failing to state a claim upon which relief is granted. However, in his motion Plaintiff has simply restated the allegations and claims made in his Complaint. The Court finds no reason to reconsider the dismissal of Plaintiff's Complaint. Plaintiff's claim is foreclosed by *Christopher v. State of Iowa*, 324 F.2d 180 (8th Cir. 1963). The Motion for Reconsideration or in the alternative Notice of Appeal (Docket # 9) is DENIED.

IT IS SO ORDERED this 5th day of May, 2011.

James M. Moody
United States District J